JOHN P. REITMAN (Bar No. 80579)
SUSAN I. MONTGOMERY (Bar. No. 120667)
PETER J. MASTAN (Bar No. 190250)
GUMPORT, REITMAN & MONTGOMERY
550 South Hope Street, Suite 825
Los Angeles, California 90071-2627
Telephone:   (213) 452-4900
Facsimile:   (213) 623-3302

Attorneys for R. Todd Neilson, Chapter 11 Trustee of
the Bankruptcy Estate of Reed E. Slatkin

FILED

DEC 2 0 2001

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA,

## NORTHERN DIVISION

In re:

REED E. SLATKIN,

Debtor.

Case No. ND 01-11549-RR

Chapter 11

NOTICE OF FILING OF MONTHLY EXPENSES BY GUMPORT, REITMAN & MONTGOMERY FOR NOVEMBER 2001; EXHIBIT

DATE:        [No Hearing Required
TIME:
PLACE:       1415 State Street
             Courtroom 201
             Santa Barbara, CA 93101
             [Judge Riblet]

Pursuant to the Court's order of July 16, 2001, notice is hereby given that Gumport, Reitman & Montgomery ("GR&M"), counsel to R. Todd Neilson, Chapter 11 Trustee of the Bankruptcy Estate of Reed E. Slatkin, seeks payment of $13,628.80 in expenses incurred by GR&M on behalf of the estate for the period November 1 through November 30, 2001. A detailed description of the expenses incurred for this period on behalf of the estate is attached as Exhibit 1 hereto.

Pursuant to the Court's order of July 16, 2001, the Trustee is authorized to pay the requested expenses if the Trustee and GR&M do not receive an objection to the

GUMPORT, REITMAN & MONTGOMERY

expense1201not.wpd

payment of the expenses within 15 days of service of this Notice.  Any objection to the payment of such expenses shall be served on the Trustee and GR&M as set forth below:

For Trustee
R. Todd Neilson, Trustee
Neilson Elggren, LLP
10100 Santa Monica Blvd., Suite 410
Los Angeles, CA 90067
Fax: (310) 282-0781

For Gumport, Reitman & Montgomery
John P. Reitman, Esq.
Gumport, Reitman & Montgomery
550 S. Hope Street, Suite 825
Los Angeles, CA 90071-2627
Fax: (213) 623-3302

Notice is further given that all expenses paid by the Trustee pursuant to this request are subject to review by the Court upon GR&M's filing of interim and final fee applications, and are subject to reconsideration pursuant to 11 U.S.C. § 502(j).

Dated: December 19, 2001

GUMPORT, REITMAN & MONTGOMERY

By:_____
            John P. Reitman
Attorneys for R. Todd Neilson, Chapter 11 Trustee
of the Bankruptcy Estate of Reed E. Slatkin

Bankruptcy Estate of Reed Slatkin

In Reference To:   Expenses (Matter No. 131.99).

Invoice #13492

Additional Charges :

| | | Amount |
|---|---|---|
| 11/16/2001 | Whitmont Legal Copying, Inc. charges. | 559.12 |
| | Whitmont Legal Copying, Inc. charges. | 291.79 |
| | Whitmont Legal Copying, Inc. charges. | 1,760.87 |
| | Whitmont Legal Copying, Inc. charges. | 156.60 |
| | Whitmont Legal Copying, Inc. charges. | 105.19 |
| | Whitmont Legal Copying, Inc. charges. | 42.12 |
| | Accurate Messenger Service charges (10/30/01). | 51.50 |
| | Accurate Messenger Service charges (11/01/01). | 4.75 |
| | Accurate Messenger Service charges (10/25/01). | 16.50 |
| 11/20/2001 | Whitmont Legal Copying, Inc. charges. | 127.82 |
| | First Legal Support Service charges (ASAP Research at Los Angeles Superior Court on 10/17/01). | 154.69 |
| | First Legal Support Service charges (Service of Process of Custodian of Records of Charles Schwab & Co., Inc. on 10/25/01). | 63.45 |
| | First Legal Support Service charges (ASAP Process Serving of Custodian of Records of Deutsche Banc/Alex Brown on 10/25/01). | 63.45 |
| | First Legal Support Service charges (ASAP Process Serving of Custodian of Records of Solomon Smith Barney on 10/25/01). | 63.45 |
| | First Legal Support Service charges (ASAP Process Serving of Custodian of Records of the Seidler Companies, Inc. on 10/25/01). | 63.45 |
| | First Legal Support Service charges (ASAP Process Serving of Custodian of Records of Prudential Securities, Inc. on 10/25/01). | 63.45 |
| | First Legal Support Service charges (ASAP Process Service at Custodian of Records of AG Edwards & Sons on 10/25/01). | 75.00 |
| | First Legal Support Service charges (ASAP Process Serving at Custodian of Records of Kayne Anderson Rudnick Investments on 10/25/01). | 63.45 |
| | First Legal Support Service charges (ASAP Process Service of Custodian of Records of Brookstreet Securities on 10/25/01). | 122.20 |

# EXHIBIT 1

Bankruptcy Estate of Reed Slatkin

Page    33

| | | Amount |
|---|---|---:|
| 11/20/2001 | First Legal Support Service charges (ASAP Process Service on Custodian of Records of Merrill Lynch, Pierce, Fenner, et al. on 10/25/01). | 122.75 |
| | First Legal Support Service charges (Rush Process Service on Custodian of Records of Banc of America Securities LLC on 10/31/01). | 155.80 |
| | First Legal Support Service charges (Foward Process, Next day on Custodian of Records of Raymond James & Assoc. on 10/31/01). | 225.25 |
| | First Legal Support Service charges (Forward Process, Next Day at Custodian of Records of Advest Group, Inc. on 10/31/01). | 169.00 |
| | Raymond James and Associates, Inc. charges (production of documents). | 13.75 |
| | Ahlstrand & Associates (document production of Santa Barbara Bank & Trust). | 54.45 |
| | Federal Express charges (shipment to David H. Judd at Neilson Elggren on 11/01/01). | 13.54 |
| | Federal Express charges (shipment to Dr. Hilmar Hoch at Meier & Wolf on 10/23/01). | 73.81 |
| | Federal Express charges (shipment to David H. Judd at Neilson Elggren on 10/24/01). | 11.79 |
| | Federal Express charges (shipment to Clerk of Court, U.S. Bankruptcy Court, Santa Barbara on 10/25/01). | 11.79 |
| | Federal Express charges (shipment to Jay L. Michaelson at Michaelson, Susi & Michaelson on 10/25/01). | 11.79 |
| | Federal Express charges (shipment to David Judd at Neilson Elggren on 10/25/01). | 13.54 |
| | Federal Express charges (shipment to Clerk of the Court, US Bankruptcy Court, Santa Barbara, CA on 10/25/01). | 20.59 |
| | Federal Express charges (shipment to Clerk of the Court, US Bankruptcy Court, Santa Barbara on 10/26/01). | 11.79 |
| | Federal Express charges (shipment to Clerk of the Court, US Bankruptcy Court, Santa Barbara on 10/26/01). | 27.14 |
| | Federal Express charges (shipment to Clerk of Court, US Bankruptcy Court, Santa Barbara on 10/29/01). | 18.72 |
| | Federal Express charges (shipment to Clerk of Court, US Bankruptcy Court, Santa Barbara on 10/29/01). | 19.66 |
| | Federal Express charges (shipment from Jensen Reporting Service in Chicago on 10/26/01). | 14.63 |
| 11/21/2001 | Whitmont Legal Copying, Inc. charges. | 3,783.73 |
| | Federal Express charges (shipment to Clerk of Court, US Bankruptcy Court, Santa Barbara on 11/7/01). | 22.01 |
| | Federal Express charges (shipment to Clerk of Court, US Bankruptcy Court, Santa Barbara on 11/9/01). | 19.47 |

Bankruptcy Estate of Reed Slatkin

| | | Amount |
|---|---|---:|
| 11/21/2001 | Federal Express charges (shipment to Dave Judd at Neilson Elggren on 11/13/01). | 19.93 |
| | Accurate Messenger Service charges (11/13/01). | 21.00 |
| | Accurate Messenger Service charges (11/12/01). | 14.00 |
| 11/26/2001 | Whitmont Legal Copying, Inc. charges. | 260.33 |
| | Whitmont Legal Copying, Inc. charges. | 136.24 |
| | Whitmont Legal Copying, Inc. charges. | 417.09 |
| | Whitmont Legal Copying, Inc. charges. | 70.88 |
| | Federal Express charges (shipment to Clerk of the court, US Bankruptcy Court, Santa Barbara on 11/8/01). | 27.57 |
| | Federal Express charges (shipment to Clerk of Court, US Bankruptcy Court, Santa Barbara on 11/14/01). | 23.87 |
| | Federal Express charges (shipment to Clerk of the Court, US Bankruptcy Court on 11/16/01). | 17.38 |
| | Federal Express charges (shipment to James H. Gale at Kirkland & Ellis on 11/16/01). | 26.18 |
| | Federal Express charges (shipment to U.S. Bankruptcy Court, Santa Barbara on 11/16/01). | 19.47 |
| | Federal Express charges (shipment to David H. Judd at Neilson Elggren on 11/19/10). | 13.41 |
| | Federal Express charges (shipment to Clerk of the Court, U.S. Bankruptcy Court in Santa Barbara on 11/19/01). | 11.68 |
| | Federal Express charges (shipment to David H. Judd at Neilson Elggren on 11/20/01). | 13.41 |
| 11/29/2001 | V/ARS charges (transcript for 9/19/01 hearing). | 34.00 |
| | Telephone charges. | 56.06 |
| | Copy charges. | 1,832.58 |
| 11/30/2001 | Westlaw charges. | 1,089.27 |
| | Postage charges. | 510.45 |
| | Facsimile charges. | 350.15 |
| | Total costs | $13,628.80 |
| | Previous balance | $16,899.86 |
| 11/19/2001 | Payment - thank you. Check No. 244 | ($6,196.99) |
| | Total payments and adjustments | ($6,196.99) |

Bankruptcy Estate of Reed Slatkin

Page    35

Amount

Balance due

$24,331.67

## PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             )  ss.
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Gumport, Reitman & Montgomery, 550 South Hope Street, Suite 825, Los Angeles, CA 90071-2627.

On **December 19, 2001,** in the manner indicated below, the foregoing document described as: **NOTICE OF FILING OF MONTHLY EXPENSES BY GUMPORT, REITMAN & MONTGOMERY FOR NOVEMBER 2001; EXHIBIT** was served on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### [SEE ATTACHED LIST]

__X__   **(FIRST CLASS U.S. MAIL)** I caused such envelope(s) to be mailed by first class U.S. mail by depositing them in an "OUT" box in the office of my employer, following this business's ordinary practice, with which I am readily familiar. On the same day correspondence is placed for collection and mailing in that "OUT" box, such correspondence is deposited in the ordinary course of business with the United States Postal Service by Desmond Mail Delivery Service pursuant to its contract with Gumport, Reitman & Montgomery. (C.C.P. § 1013(a)(3)).

_____   (BY PERSONAL SERVICE) I caused to be delivered such envelope(s) by hand to the offices of counsel for the interested parties.

* * * * * *

_____   (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__   (FEDERAL)   I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED **December 19, 2001,** at Los Angeles, California.

_____
KATHLEEN SARVIAN

## SERVICE LIST
### In re Reed E. Slatkin
### Case No. ND 01-11549
### Chapter 11

**UNITED STATES TRUSTEE**
Brian Fittipaldi, Esq.
Office of the U.S. Trustee
128 East Carrillo Street
Santa Barbara, CA  93101

**CHAPTER 11 TRUSTEE**
R. Todd Neilson
Neilson Elggren LLP
10100 Santa Monica Boulevard
Suite 410
Los Angeles, CA  90067

**COUNSEL TO DEBTOR**
Richard Pachulski, Esq.
Pachulski, Stang, Ziehl, Young
  & Jones PC
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA  90067

**CO-COUNSEL TO DEBTOR**
Jay L. Michaelson, Esq.
Peter Susi, Esq.
Michaelson, Susi, Michaelson
Seven W. Figueroa Street
Second Floor
Santa Barbara, CA  93101-3191

**SPECIAL COUNSEL TO DEBTOR**
Brian A. Sun, Esq.
O'Neill, Lysaght & Sun
100 Wilshire Boulevard
Suite 700
Santa Monica, CA  90401

**COUNSEL TO
CREDITORS COMMITTEE**
Richard L. Wynne, Esq.
Kirkland & Ellis
1901 Avenue of the Stars, #1600
Los Angeles, CA  90067