365

JOHN P. REITMAN (Bar No. 80579)
SUSAN I. MONTGOMERY (Bar. No. 120667)
PETER J. MASTAN (Bar No. 190250)
GUMPORT, REITMAN & MONTGOMERY
550 South Hope Street, Suite 825
Los Angeles, California  90071-2627
Telephone:   (213) 452-4900
Facsimile:   (213) 623-3302

Attorneys for R. Todd Neilson, Trustee of
the Bankruptcy Estate of Reed E. Slatkin

FILED

DEC 2 1 2001

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA,

# NORTHERN DIVISION

In re:

REED E. SLATKIN,

Debtor.

LODGED

DEC 2 1 2001

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

) Case No. ND 01-11549-RR
)
) **Chapter 11**
)
) **ORDER AUTHORIZING TRUSTEE**
) **TO (1) SELL, EXCHANGE, OR**
) **REDEEM ALL NON-PUBLICLY**
) **TRADED SECURITIES OWNED BY**
) **THE ESTATE AND (2) SELL,**
) **EXCHANGE, OR COMPROMISE**
) **LOANS AND OTHER RECEIVABLES**
) **OWED TO THE ESTATE**
)
)
)
)
)
)   **DATE:** December 17, 2001
)   **TIME:** 2:00 p.m.
)   **PLACE:** 1415 State Street
)             Courtroom 201
)             Santa Barbara, CA 93101
)             [Judge Riblet]
)
)
)
)
)
)

/ / /

/ / /

/ / /

/ / /

GUMPORT, REITMAN & MONTGOMERY

NonPublicStockSale.ord.wpd



On the 2:00 p.m. calendar, on December 17, 2001, in Courtroom 201 of the United States Bankruptcy Court located at 1415 State Street, Santa Barbara, California 93101, the Honorable Robin Riblet, United States Bankruptcy Judge, conducted a hearing on the "Motion for General Authority to (1) Sell, Exchange, or Redeem All Non-Publicly Traded Securities Owned by the Estate and (2) Sell, Exchange, or Compromise Loans and Other Receivables Owed to the Estate" (the "Motion") filed by R. Todd Neilson (the "Trustee"), chapter 11 trustee of the bankruptcy estate (the "Estate") of debtor Reed E. Slatkin ("Slatkin"). John P. Reitman of Gumport, Reitman & Montgomery appeared on behalf of the Trustee. Alan D. Sarver appeared on behalf of creditors University Village LLC and University Village Phase 1A LLC. Any other appearances were stated on the record. The Court, having considered the Motion and all pleadings filed in support thereof, any pleadings filed in opposition thereto, and the argument of counsel, finds and directs as follows:

1. The Motion is granted.

2. The Trustee is authorized to sell, exchange, or redeem, without further Court order, and upon two business days notice given to the Official Committee (the "Committee") of Unsecured Creditors, all non-publicly traded and "restricted" securities owned or acquired by the Estate, provided that (a) the securities represent a minority interest in the issuer thereof; (b) the transferee is not an "insider"[1] of Slatkin (as that term is defined in 11 U.S.C. § 101(31)); (c) the transfer complies with applicable federal and state securities laws; and (d) the Committee does not object to the transaction.

3. The Trustee is authorized to sell, exchange, or compromise, without further Court order, and upon two business days notice given to the Committee, all loans and other receivables owed to the Estate, provided that (a) in the case of a sale or exchange the transferee of the loan or receivable is not an "insider" of Slatkin (as that term is defined in 11 U.S.C. § 101(31)); and (b) the Committee does not object to the transaction.

---

[1] A person will not be deemed an insider merely because that person invested money with Slatkin.

**3.**     Adequate notice of the Motion was given.

**IT IS SO ORDERED.**

DATED: December 17, 2001

_____
THE HONORABLE ROBIN RIBLET
UNITED STATES BANKRUPTCY JUDGE

ENTERED

DEC 2 1 2001

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

**Proposed by:**

GUMPORT, REITMAN & MONTGOMERY

By: _____
John P. Reitman
Attorneys for R. Todd Neilson, Chapter 11
Trustee of the Bankruptcy Estate of Reed E. Slatkin

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do not file this form as a separate document.*

| In re | (SHORT TITLE) | CHAPTER 11__ CASE NUMBER: |
|---|---|---|
| REED E. SLATKIN, | Debtor. | ND 01-11549-RR |

## NOTICE OF ENTRY OF JUDGMENT ON ORDER AND CERTIFICATE OF MAILING

**FILED**

**DEC 2 1 2001**

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 116(1)(a)(iv), that a judgment* or order entitled *(specify)*:

   **ORDER AUTHORIZING TRUSTEE TO (1) SELL, EXCHANGE, OR REDEEM ALL NON-PUBLICLY TRADED SECURITIES OWNED BY THE ESTATE AND (2) SELL, EXCHANGE, OR COMPROMISE LOANS AND OTHER RECEIVABLES OWED TO THE ESTATE**

   was entered on *(specify date)*: **DEC 21 2001**

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*: **DEC 21 2001**

Dated: **DEC 21 2001**

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

110

## SERVICE LIST

**UNITED STATES TRUSTEE**
Brian Fittipaldi, Esq.
Office of the U.S. Trustee
128 East Carrillo Street
Santa Barbara, CA  93101

**UNITED STATES TRUSTEE**
Maureen Tighe
Office of the U.S. Trustee
221 N. Figueroa Street
Room 800
Los Angeles, CA  90012

**CHAPTER 11 TRUSTEE**
R. Todd Neilson
Neilson Elggren LLP
10100 Santa Monica Boulevard
Suite 410
Los Angeles, CA  90067

**COUNSEL TO DEBTOR**
Richard Pachulski, Esq.
Pachulski, Stang, Ziehl, Young
  & Jones PC
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA  90067

**COUNSEL TO DEBTOR
AND MARY JO SLATKIN**
Jay L. Michaelson, Esq.
Peter Susi, Esq.
Michaelson, Susi, Michaelson
Seven W. Figueroa Street
Second Floor
Santa Barbara, CA  93101-3191

**COUNSEL TO
CREDITORS COMMITTEE**
Richard L. Wynne, Esq.
Kirkland & Ellis
777 S. Figueroa, 34th Floor
Los Angeles, CA  90017

**COUNSEL TO UNIVERSITY
VILLAGE and UNIVERSITY
VILLAGE PHASE 1A**
Allan D. Sarver, Esq.
16027 Ventura Boulevard
Suite 660
Encino, CA  91436

**COUNSEL TO CHAPTER 11 TRUSTEE**
John P. Reitman, Esq.
Susan I. Montgomery, Esq.
Peter J. Mastan, Esq.
Gumport, Reitman & Montgomery
550 South Hope Street, Suite 825
Los Angeles, CA  90071-2627

5

## PROOF OF SERVICE

STATE OF CALIFORNIA         )
                                         ) ss.

COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Gumport, Reitman & Montgomery, 550 South Hope Street, Suite 825, Los Angeles, CA 90071-2627.

On **December 20, 2001,** in the manner indicated below, the foregoing document described as: **ORDER AUTHORIZING TRUSTEE TO (1) SELL, EXCHANGE, OR REDEEM ALL NON-PUBLICLY TRADED SECURITIES OWNED BY THE ESTATE AND (2) SELL, EXCHANGE, OR COMPROMISE LOANS AND OTHER RECEIVABLES OWED TO THE ESTATE** was served on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### [SEE ATTACHED SERVICE LIST]

__X__  **(FIRST CLASS MAIL)** I caused such envelope(s) to be mailed by first class mail by depositing them in an "OUT" box in the office of my employer, following this business's ordinary practice, with which I am readily familiar. On the same day correspondence is placed for collection and mailing in that "OUT" box, such correspondence is deposited in the ordinary course of business with the United States Postal Service by Desmond Mail Delivery Service pursuant to its contract with Gumport, Reitman & Montgomery. (C.C.P. § 1013(a)(3)).

____  **(U.S. EXPRESS MAIL)** I caused such envelope(s) to be mailed by U.S. Express Mail (Overnight Service) by depositing them in an "OUT" box in the office of my employer, following this business's ordinary practice, with which I am readily familiar. On the same day correspondence is placed for collection and mailing in that "OUT" box, such correspondence is deposited in the ordinary course of business with the United States Postal Service by Desmond Mail Delivery Service pursuant to its contract with Gumport, Reitman & Montgomery. (C.C.P. § 1013(a)(3)).

* * * * * *

____  (STATE)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__  (FEDERAL)  I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED **December 20, 2001,** at Los Angeles, California.

KATHLEEN SARVIAN

## SERVICE LIST

**UNITED STATES TRUSTEE**
Brian Fittipaldi, Esq.
Office of the U.S. Trustee
128 East Carrillo Street
Santa Barbara, CA  93101

**UNITED STATES TRUSTEE**
Maureen Tighe
Office of the U.S. Trustee
221 N. Figueroa Street
Room 800
Los Angeles, CA  90012

**CHAPTER 11 TRUSTEE**
R. Todd Neilson
Neilson Elggren LLP
10100 Santa Monica Boulevard
Suite 410
Los Angeles, CA  90067

**COUNSEL TO DEBTOR**
Richard Pachulski, Esq.
Pachulski, Stang, Ziehl, Young
  & Jones PC
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA  90067

**COUNSEL TO DEBTOR
AND MARY JO SLATKIN**
Jay L. Michaelson, Esq.
Peter Susi, Esq.
Michaelson, Susi, Michaelson
Seven W. Figueroa Street
Second Floor
Santa Barbara, CA  93101-3191

**COUNSEL TO
CREDITORS COMMITTEE**
Richard L. Wynne, Esq.
Kirkland & Ellis
777 S. Figueroa, 34th Floor
Los Angeles, CA  90017

**COUNSEL TO UNIVERSITY
VILLAGE and UNIVERSITY
VILLAGE PHASE 1A**
Allan D. Sarver, Esq.
16027 Ventura Boulevard
Suite 660
Encino, CA  91436