Dennis I. Simon
Joel M. Simon
Crossroads LLC
9 Executive Circle
Suite 190
Irvine, California 92614
(949) 567-1600 telephone
(949) 567-1655 facsimile

Real Estate and Business
Consultant to Trustee

FILED

DEC 2 7 2001

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re | Bk. No. ND 01-11549-RR |
| REED E. SLATKIN, | **Chapter 11** |
| Debtor. | **MOTION FOR CORRECTION TO FIRST APPLICATION OF CROSSROADS, LLC, REAL ESTATE AND BUSINESS CONSULTANT TO TRUSTEE, FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES** |
| | **Hearing Date and Time:** |
| | **DATE:** January 9, 2002<br>**TIME:** 2:00 p.m.<br>**PLACE:** 1415 State Street<br>Courtroom 201<br>Santa Barbara, CA 93101]<br>{Hon. Robin Riblet} |

///

///

///

CROSSROADS, LLC

**TO THE HONORABLE ROBIN RIBLET, UNITED STATES BANKRUPTCY JUDGE, AND TO DEBTOR REED E. SLATKIN AND HIS COUNSEL, THE OFFICIAL UNSECURED CREDITORS COMMITTEE AND ITS COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

## I.   INTRODUCTION

Crossroads, LLC ("Crossroads" or "Applicant") hereby respectfully submits this motion for correction (the "Motion") to first interim application for compensation and reimbursement (the "Application") under 11 U.S.C. §§ 330 and Local Bankruptcy Rule 2016-1(a) that was filed on December 14, 2001 with the United States Bankruptcy Court Central District of California Northern Division.

## II.   SUMMARY

### A.   Identity of Applicant

On November 5, 2001, the Court entered an order authorizing the employment of Crossroads, effective August 28, 2001, as real estate and business consultants to R. Todd Neilson in his capacity as chapter 11 trustee ("Trustee") of the bankruptcy estate (the "Estate") of Reed E. Slatkin (the "Debtor").

### B.   Correction To Section "VII. Conclusion, (i)" Of The Application

1.   Section VII, paragraph (i) of the Application states in its entirety the following:

**"VII.   CONCLUSION**

WHEREFORE, Crossroads respectfully requests that the Court enter an order that:

(i)   allows Crossroads a Chapter 11 administrative claim under 11 U.S.C. §§ 330, 503(b), and 507(a)(1) for interim compensation of $174,122.00 and approves Crossroads' expenses of $22,974.80;"

CROSSROADS, LLC

2. Crossroads files this Motion for the sole purpose of replacing the above paragraph listing the incorrect compensation amount of $174,122.00, with the paragraph below indicating the right and corrected amount in compensation sought of $214,307.00.

## "VII. CONCLUSION

WHEREFORE, Crossroads respectfully requests that the Court enter an order that:

**(ii)** allows Crossroads a Chapter 11 administrative claim under 11 U.S.C. §§ 330, 503(b), and 507(a)(1) for interim compensation of $214,307.00 and approves Crossroads' expenses of $22,974.80;"

**C.** **Conclusion**

This Motion shall be effective immediately upon entry.

DATED: December 26, 2001

Respectfully submitted,

CROSSROADS, LLC

By: _____
Joel M. Simon

Real Estate and Business Consultant to the Chapter 11 Trustee of the Bankruptcy Estate of Reed E. Slatkin

CROSSROADS, LLC